DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEAN STAUBIN MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4289

[December 21, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 2016CA012297XXXXMB.

Dean S. Miller, South Bay, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and James Carney, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***